ACCEPTED
06-14-00239-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/11/2015 3:25:31 PM
DEBBIE AUTREY
CLERK

CASE NOS. 06—14-00239-CR

In The

COURT OF APPEALS
SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/11/2015 3:25:31 PM
DEBBIE AUTREY
Clerk

MARK EUGENE ENGLE, Appellant

VS.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th Judicial District Court
of Hunt County, Texas
Trial Court Cause Nos. 29,110
Honorable Richard A. Beacom, Jr., Judge Presiding

## STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

NOBLE DAN WALKER, JR.
District Attorney, in and for
Hunt County, Texas

STEVE LILLEY
Assistant District Attorney
State Bar Number - 24046293
P.O. Box 441
4th Floor, Hunt County Courthouse
Greenville, Texas 75401
Telephone Number - (903) 408-4180
Facsimile Number - (903) 408-4296
Email: slilley@huntcounty.net

## STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

Comes now, The State of Texas, and files this, her First Motion for Extension of Time to File State's Brief.

I.

The current filing deadline for the State's brief is September 11, 2015.

II.

The State's brief was originally due in this case on August 24, 2015. On August 26, 2015, a member of the District Attorney's Office filed a first request for extension of time to file a brief in this case. The extension was requested for a period of eighteen (18) days from the original due date. The Court granted the extension and the brief was then due on September 11, 2015. However, the attorney responsible for drafting the brief in this case (as he tried the case in front of a jury and handled the suppression hearing) was, during this time, in the midst of a murder trial entitled The State of Texas v. Joshua Madison Newkirk, Cause No. 29,984. This trial began on August 24, 2015 and was not finished until the late evening of September 1, 2015. Early the next morning, the same prosecutor left for on a prearranged trip to the State of New Mexico to research background

information on a capital murder case entitled The State of Texas v. Kyle Anthony Kauffmann, Cause No. 30,265. The prosecutor returned from the trip at approximately 11:00pm on Thursday, September 3rd. The prosecutor returned to the office on Friday, September 4, 2015 to work on a number of matters, including this appeal, that had been accumulating for the past several weeks. As the Court is aware, Monday, September 7 was a holiday. With only three working days remaining before the brief was due, the prosecutor has regrettably been unable to complete work on the brief.

### III.

The State therefore requests an additional three weeks time to complete its work on the brief. Specifically, the State requests a due date of October 2, 2015.

### IV.

The State has made one previous requests for extensions to file her brief in this case.

### V.

For the reasons stated hereinabove, it is respectfully requested that this Court grant the State of Texas until October 2, 2015, to file her brief.

Respectfully submitted,

Steve Lilley
Assistant District Attorney
Hunt County, Texas
P.O. Box 441
Greenville, Texas 75403-0441
Phone: 903/408-4180
Fax: 903/408-4296
Email: slilley@huntcounty.net

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Appellant's attorney and he does not object to the requested extension of time.

Steve Lilley

## CERTIFICATE OF SERVICE

This is to certify that a true copy of this Motion to Extend Time to File State's Brief has been forwarded to Mr. Jason Duff by placing a copy in his mailbox in the district clerk's office per local rules.

Steve Lilley

4